Quintin Irving BROWN, Petitioner–
Appellant,

v.

Roy W. CHERRY, Superintendent;
Howard W. Clarke, Director,
Respondents–Appellees.

No. 12–6224.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Quintin Irving Brown, Appellant Pro Se.
Joshua Mikell Didlake, Assistant Attorney
General, Richmond, Virginia, for Appel-
lees.

Before NIEMEYER, SHEDD, and
FLOYD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Quintin Irving Brown seeks to appeal
the district court's order accepting the rec-
ommendation of the magistrate judge and
denying relief on his 28 U.S.C. § 2254
(2006) petition. The order is not appeal-
able unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1)(A) (2006). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2006).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel,* 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell,* 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-
ble, and that the petition states a debata-
ble claim of the denial of a constitutional
right. *Slack,* 529 U.S. at 484–85, 120 S.Ct.
1595.

We have independently reviewed the
record and conclude that Brown has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*